UNITED STATES
POSTAL SERVICE

August 16, 2024

Dear Reference  Kevin Tejeda v TrueAccord NJ:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5463 5040 45**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 15, 2024, 1:38 pm |
| **Location:** | TRENTON, NJ 08608 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
|  | Return Receipt Electronic |
| **Recipient Name:** | c o Incorp Services Inc TrueAccord |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[signature]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004